# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of October, two thousand and thirteen.

Before:    Robert A. Katzman,
              *Chief Judge.*
          Amalya L. Kearse,
          Robert D. Sack,
               *Circuit Judge*s.

---

Yaakov Licci, a minor, by his father and natural guardian, Elihav Licci and by his mother and natural guardian, Yehudit Licci, et al.,

Plaintiffs - Appellants,

**JUDGMENT**
Docket No. 10-1306

v.

Lebanese Canadian Bank, SAL; American Express Bank Ltd.,

Defendants - Appellees.

---

    The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court insofar as it is in favor of Defendant American Express Bank Ltd. is AFFIRMED, the portion of the judgment dismissing claims against Defendant Lebanese Canadian Bank, SAL is VACATED, and the case is REMANDED in accordance with the opinion of this court.

                                      For The Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

